**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

APRIL MONTES,

        Plaintiff,

v.                                                                         Case No:  6:15-cv-531-Orl-40GJK

J.I.M. PROPERTY SERVICES LLC,

        Defendant.
_____/

## ORDER

This cause is before the Court on the Joint Motion and Memorandum of Law Requesting Approval of Settlement and Entry of an Order of Dismissal (Doc. 14) filed on May 22, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 29, 2015 (Doc. 15), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion and Memorandum of Law Requesting Approval of Settlement and Entry of an Order of Dismissal (Doc. 14) is **GRANTED** only to the extent the Court finds the parties' settlement is fair and reasonable.

3. The case is **DISMISSED WITH PREJUDICE**.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 18, 2015.

                                                                      _____
                                                                      PAUL G. BYRON
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties